June 5, 2014



# JUDGMENT

# The Fourteenth Court of Appeals

CHARLES P. CURRY & JENNIFER CURRY, Appellants

NO. 14-12-00898-CV               V.

HARRIS COUNTY APPRAISAL DISTRICT, Appellee

_____

        This cause, an appeal from the judgment in favor of appellee, Harris County Appraisal District, signed, July 11, 2012, was heard on the transcript of the record. We have inspected the record and find error in the judgment. We therefore order the judgment of the court below **REVERSED** and **REMAND** the cause for proceedings in accordance with the court's opinion. We further order that all costs incurred by reason of this appeal be paid by appellee, Harris County Appraisal District. We further order this decision certified below for observance.